UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JOSEPH MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>MARCUS POLLARD, Warden,<br><br>Respondent. | No. 2:20-cv-02348 GGH P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding in pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 4, 2021, the court received a letter written from another inmate, Doyle Wayne Davis, regarding petitioner's death. ECF No. 12. The undersigned issued an order directing the respondent to confirm whether petitioner is deceased. ECF No. 13. Respondent has filed a response and has confirmed the death of petitioner. ECF No. 16. Respondent has also included

////
////
////
////
////
////
////

1

documentation from the state prison confirming petitioner's death on December 28, 2020. ECF No. 16-1. Because petitioner's death renders this case moot, petitioner's application for a writ of habeas corpus will be dismissed. <u>Garceau v. Woodford</u>, 399 F.3d 1101 (9th Cir. 2005).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus is hereby DISMISSED as moot in light of petitioner's death during the pendency of this action; and

2. This case is closed.

Dated: January 20, 2021

                          /s/ Gregory G. Hollows
                 UNITED STATES MAGISTRATE JUDGE